UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LLOYD CURTIS CLARK, III,

    Plaintiff,

v.                                            Case No. 5:15cv50/WS/CJK

RICHARD SUBASAVAGE, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

This civil rights case is before the court upon a document construed as a notice of voluntary dismissal (doc. 10).[1] The undersigned finds, pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i), that the action should be dismissed.

Accordingly, it is respectfully RECOMMENDED:

1. That this action be DISMISSED WITHOUT PREJUDICE.

2. That all pending motions be DENIED as moot.

3. That the clerk be directed to close the file.

---

[1] In the document, plaintiff states that he his "dismissing this action." Doc. 10 at pg. 1.

At Pensacola, Florida, this 5th day of January, 2016.

/s/ Charles J. Kahn, Jr.
**CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).

Case No. 5:15cv50/WS/CJK