UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LLOYD CURTIS CLARK, III,

    Plaintiff,

v.                                    5:15cv50-WS/CJK

RICHARD SUBASAVAGE, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 11) docketed January 5, 2016. The magistrate judge recommends that the plaintiff's complaint be dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

The court having reviewed the record, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 11) is ADOPTED and incorporated into this order by reference.

2. The clerk shall enter judgment stating: "All claims are DISMISSED WITHOUT PREJUDICE."

3. All pending motions are DENIED as moot.

DONE AND ORDERED this   1st   day of    February   , 2016.

                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE